IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH MCKELVIE, individually and on behalf all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>BOSCOV'S, INC. and BOSCOV'S DEPARTMENT STORES, LLC d/b/a BOSCOV'S,<br><br>            Defendants. | Case No. 5:22-cv-00281-EGS |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff Beth McKelvie, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendants, Boscov's, Inc. and Boscov's Department Stores, LLC. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

                                                     */s/ Nicholas A. Colella*
                                                     Gary F. Lynch
                                                     Nicholas A. Colella
                                                     James M. LaMarca
                                                   **LYNCH CARPENTER LLP**
                                                     1133 Penn Avenue, 5th Floor
                                                     Pittsburgh, PA 15222
                                                     (412) 322-9243
                                                     (412) 231-0246 (Facsimile)
                                                     Gary@lcllp.com
                                                     NickC@lcllp.com
                                                     James@lcllp.com

                                                     *Attorney for Plaintiff*